# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS70 | 9016926 | E. GONZALEZ | 3845 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 10/26/2019  2250 | 38 CFR 1.218 (b)(16) |

Place of Offense: 3350 La Jolla Village Dr. San Diego, CA 92161

Offense Description: Factual Basis for Charge  HAZMAT ☐

ENTERING VA PROPERTY UNDER THE INFLUENCE OF NARCOTICS

### DEFENDANT INFORMATION

Last Name: ZIMMERMAN
First Name: RYAN
M.I.: M

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☐ If Box A is checked, you must appear in court. See instructions.
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 400  Forfeiture Amount
+ $30  Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ 430.00 Total Collateral Due

*9016926*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on OCTOBER 26, 20 19 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

SEE ATTACHED

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/26/2019

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident